IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA



IN RE:

MISCELLANEOUS ITEMS REMAINING IN
THE REGISTRY OF THE COURT FOR
FIVE YEARS UNCLAIMED.

## ORDER

AND NOW, This 2nd day of September, 2009, on reading and filing the certificate of the Clerk of this Court and the schedule thereto annexed; and in pursuance of Title 28, U.S.C., Section 2042, it is,

ORDERED that the Clerk transfer from the registry of the Court the sum of EIGHT THOUSAND ONE HUNDRED DOLLARS, being the total amount shown in the annexed schedule of miscellaneous items remaining in the registry unclaimed by the persons entitled thereto, and pay the same to the Treasurer of the United States.

BY THE COURT:

Hon. Irma E. Gonzalez
Chief Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

MISCELLANEOUS ITEMS REMAINING IN
THE REGISTRY OF THE COURT FOR
FIVE YEARS UNCLAIMED.

C E R T I F I C A T E

I, W. SAMUEL HAMRICK, JR., Clerk of the United States District Court for the Southern District of California, DO HEREBY CERTIFY that the attached schedule contains a complete statement of all monies in the registry of the court to which the right to withdraw has been adjudicated or is not in dispute; and that such monies have remained deposited for at least five years unclaimed by the person entitled thereto.

9/2/09
Date

W. Samuel Hamrick, Jr.
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### SCHEDULE OF MISCELLANEOUS ITEMS

MATERIAL WITNESS BONDS OVER FIVE YEARS OLD. SEE ATTACHED DOCUMENTS.

| Criminal Case # | Defendant | Material Witness | Amount |
| --- | --- | --- | --- |
| 00-CR-0804-R | USA VS CASIMIRA VEGA-OCAMPO | RICARDO SALAS-HERNANDEZ | $100.00 |
| 01-CR-0730-K | USA VS JOSE DE JESUS ORDAZ-PICAZO | MARIA DURAN-GONZALEZ | $100.00 |
| 01-CR-0814-K | USA VS JULIAN MARTINEZ-FLORES | PEDRO RAMIREZ-SALAZAR | $100.00 |
| 01-CR-0918-IEG | USA VS JESUS DANIEL GONZALEZ | OLYMPIA LUCERO HERNANDEZ-PEREZ | $100.00 |
| 01-CR-0918-IEG | USA VS JESUS DANIEL GONZALEZ | JULIANA VERONICA CRUZ-HERNANDEZ | $100.00 |
| 01-CR-0932-K | USA VS LUIS SALAZAR-GAMEZ | MARIA GUERRERO-MAREZ | $100.00 |
| 01-CR-0933-IEG | USA VS HECTOR SANTOYO-MIRANDA | CARLOS BAQUERIZO-HERNANDEZ | $100.00 |
| 01-CR-1003-K | USA VS MARIANO AGUILAR-GARCIA | MANUEL OCEGEDA-ALVAREZ | $100.00 |
| 01-CR-1003-K | USA VS MARIANO AGUILAR-GARCIA | FRANCISCO AUGUSTIN-ALVAREZ | $100.00 |
| 01-CR-1005-IEG | USA VS RIGOBERTO HERNANDEZ-LOPEZ | JOSE LEAL-SALGADO | $100.00 |
| 01-CR-1278-R | USA VS MARCOS EDUARDO MENDIOLA SANDOVAL | ELVIRA URIOSTEGUE DE LA SANCHA | $100.00 |
| 01-CR-1356-K | USA VS GABRIEL LUCERO | ROSA LINDA DE LA TORRE-AVILA | $1,000.00 |

| | | | |
|---|---|---|---|
| 01-CR-1357-R | USA VS ANDRE TOURUBAROFF | JOSE VILLALOBOS-GULEANA | $100.00 |
| 01-CR-1440-IEG | USA VS JOSE LUIS OROZCO-BRAMBILA | ROSALINDA PEREZ-CAMARILLO | $100.00 |
| 01-CR-1495-K | USA VS ARTURO HERNANDEZ-VALENZUELA | MAYRA DAVALOS-ALEJANDRE | $100.00 |
| 01-CR-1495-K | USA VS ARTURO HERNANDEZ-VALENZUELA | BERTHA DAVALOS-ALEJANDRE | $100.00 |
| 01-CR-1495-K | USA VS ARTURO HERNANDEZ-VALENZUELA | MARIA DE JESUS ALANIS-LEON | $100.00 |
| 01-CR-1774-R | USA VS NORMAN PERRY JORDAN | YOLANDA CHAVEZ-CARRILLO | $100.00 |
| 01-CR-1774-R | USA VS NORMAN PERRY JORDAN | ARACELIA CHAVEZ-CARRILLO | $100.00 |
| 01-CR-1776-K | USA VS SERGIO LOPEZ-RAMIREZ | ERIC LOPEZ -HERNANDEZ | $100.00 |
| 01-CR-1780-IEG | USA VS WILLIAM JAMES WRIGHT | PAULA CORTEZ-RUIZ | $100.00 |
| 01-CR-2084-IEG | USA VS ANTONIO VALDIVIA-GONZALEZ | ANTONIO RUEDA-ESCOBEDO | $100.00 |
| 01-CR-2084-IEG | USA VS ANTONIO VALDIVIA-GONZALEZ | HERIBERTO ESCOBEDO-HERNANDEZ | $100.00 |
| 01-CR-2507-IEG | USA VS ROGELIO VIDACA | ISRAEL GUTIERREZ-GARCIA | $100.00 |
| 01-CR-2507-IEG | USA VS ROGELIO VIDACA | NELLY CRUZ-RAMIREZ | $100.00 |
| 01-CR-2507-IEG | USA VS ROGELIO VIDACA | JOSE HUGO CRUZ-RAMIREZ | $100.00 |
| 01-CR-2507-IEG | USA VS ROGELIO VIDACA | MARIA DEL CARMEN AYALA-CEDENO | $100.00 |
| 01-CR-2639-IEG | USA VS JOSE HERNANDEZ-MAYO | JOSE HERNANDEZ-NAVAREZ | $100.00 |

| Case Number | Case Title | Name | Amount |
|---|---|---|---|
| 01-CR-2639-IEG | USA VS JOSE HERNANDEZ-MAYO | ROLANDO FUNES-MENA | $100.00 |
| 01-CR-2699-EFS | USA VS SAMUEL FLORES-ZAZUETA | JOSE FRANCISCO REYES-MEDINA | $100.00 |
| 01-CR-2699-EFS | USA VS SAMUEL FLORES-ZAZUETA | ADOLFO BARRON-GALVAN | $100.00 |
| 01-CR-2699-EFS | USA VS SAMUEL FLORES-ZAZUETA | BENITO RUEDA-CRUZ | $100.00 |
| 01-CR-2892-MLR | USA VS AMADOR CHAVEZ-FERNANDEZ | JOSE MAURICE LINAERES-BARRERA | $100.00 |
| 01-CR-2972-IEG | USA VS AURELIO GOMEZ | HUGO ALBERTO CRISAL-REYES | $100.00 |
| 01-CR-2973-JMF | USA VS JOEL PINA-LOPEZ | FLORA SILVA-CLEMENTE | $100.00 |
| 01-CR-3094-JMF | USA VS SIXTO MELGOZA-GARICA | JOSE CONCHOLA-RODRIGUEZ | $100.00 |
| 01-CR-3095-MLR | USA VS ALEJANDRO PINTOR-FLORES | ISMAEL MIRANDA SERRANO | $100.00 |
| 01-CR-3095-MLR | USA VS ALEJANDRO PINTOR-FLORES | YENY CAROLINA MEJIA-RODRIGUEZ | $100.00 |
| 01-CR-3141-R | USA VS FELIPE TANORI-HERRERA | EFRAIN SANCHEZ-SOTO | $100.00 |
| 01-CR-3194-IEG | USA VS SONIA ROBLES | NORMA ANGELICA JIMENEZ-ROMO | $100.00 |
| 01-CR-3195-IEG | USA VS PABLO ENRIQUE TOSCANO | ANTONIA RAMIREZ-HERNANDEZ | $100.00 |
| 01-CR-3454-JMF | USA VS JUAN CARLOS GARCIA-VILLEGAS | HERBIN GUZMAN-SOLANO | $100.00 |

| Case | Defendant | Name | Amount |
|---|---|---|---|
| 01-CR-3454-JMF | USA VS JUAN CARLOS GARCIA-VILLEGAS | SANTOS MARTINEZ-GUZMAN | $100.00 |
| 02-CR-0180-R | USA VS IRINEO BRAVO-TORRES | RAFAEL SANTILLAN-ARANDA | $100.00 |
| 02-CR-0287-K | USA VS HERMELINDO DUARTE-CRUZ | SENON PEREZ-GONZALEZ | $100.00 |
| 02-CR-0374-JMF | USA VS ROMAN MORENO-HIDALGO | JAVIER CUEVAS-BAHENA | $100.00 |
| 02-CR-0421-EFS | USA VS ROBERTO CASTRO-CASTANEDA | BERTHA ALICIA GUERRERO-OCHOA | $100.00 |
| 02-CR-0723-JMF | USA VS MICHAEL MEZA | HERIBERTA ADAME-EMIGDIO | $100.00 |
| 02-CR-0790-R | USA VS MANUEL CRUZ GALVAN | JOSE ISABEL ESTRELLA-REYMUNDO | $100.00 |
| 02-CR-0790-R | USA VS MANUEL CRUZ GALVAN | RUBEN FEREGRINO ESTRELLA | $100.00 |
| 02-CR-0790-R | USA VS MANUEL CRUZ GALVAN | ALFREDO SERNA-MOEDANO | $100.00 |
| 02-CR-0884-IEG | USA VS RENEE BAILEY | ANDREA MARMOLEJO | $100.00 |
| 02-CR-0885-IEG | USA VS JUAN FLORES-GONZALEZ | EDUARDO RAMIREZ-ROSAS | $100.00 |
| 02-CR-0959-MMM | USA VS JOSE ANDAPE-CASTRO | JAIME SOTO-GUTIERREZ | $100.00 |
| 02-CR-0959-MMM | USA VS JOSE ANDAPE-CASTRO | JOSE PRIETO-PRIETO | $100.00 |
| 02-CR-1039-DOC | USA VS CRUS DANIEL TORRES-RANGEL | CORNELIO OTERO-FIGUEROA | $100.00 |

| Case Number | Case Name | Defendant | Amount |
|---|---|---|---|
| 02-CR-1039-DOC | USA VS CRUS DANIEL TORRES-RANGEL | ANTONIO MONTERO-MIER | $100.00 |
| 02-CR-1162-K | USA VS VIVIANA AVALOS-SANCHEZ | CARLOS GARCIA-AVILEZ | $100.00 |
| 02-CR-1171-IEG | USA VS RENE TRUJILLO-DELGADO | MARIA ARREOLA | $100.00 |
| 02-CR-1309-IEG | USA VS HECTOR CASTILLO-ROMAN | ISABEL MELCHOR-BAZA | $100.00 |
| 02-CR-1309-IEG | USA VS HECTOR CASTILLO-ROMAN | MAURO CARRILLO REYNA | $100.00 |
| 02-CR-1309-IEG | USA VS HECTOR CASTILLO-ROMAN | VIRGINIA CARRETO-MELCHOR | $100.00 |
| 02-CR-1360-IEG | USA VS GEORGE JOSEPH MUNOZ | BERNARDO CONTRERAS-GUZMAN | $100.00 |
| 02-CR-1475-IEG | USA VS IVAN PALOMARES AKA IVAN PALOMARES-ROMO | MARIA CRUZ ZARRAZAGA-RUIZ | $100.00 |
| 02-CR-1475-IEG | USA VS IVAN PALOMARES AKA IVAN PALOMARES-ROMO | CESAR CRUZ-GUZMAN | $100.00 |
| 02-CR-1536-IEG | USA VS ALBERTO QUEZADA-ORELLANA | EMILIO MANUEL-SOSTENES | $100.00 |
| 02-CR-1536-IEG | USA VS ALBERTO QUEZADA-ORELLANA | BEDA GONZALEZ-ORTEGA | $100.00 |
| 02-CR-1537-R | USA VS MIGUEL VASQUEZ-RODRIGUEZ | CARLOS DELEON MODESTO-MERIDA | $100.00 |
| 02-CR-1629-R | USA VS ANTONIO MOLINA-GARCIA | FLORA CHAVEZ-GUTIERREZ | $100.00 |
| 02-CR-1690-IEG | USA VS APOLINAR DUARTE-CRUZ | ROMAN SERRANO-MENDEZ | $100.00 |

| | | | |
|---|---|---|---|
| 02-CR-1697-R | USA VS JESUS JOSE ROMAN-HEREDIA | LYZ GARCIA | $100.00 |
| 99-CR-2750-IEG | USA VS JUAN MANUEL MARTINEZ | NORMA LOPEZ-TREJO | $100.00 |
| | | **TOTAL** | **$8,100.00** |